UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.:

CYNTHIA WHITT,

Plaintiff,

v.

A.G FUEL, INC., a Florida
Corporation, d/b/a HARDEE'S

Defendant.
_______________________________/

**COMPLAINT & DEMAND FOR JURY TRIAL**

1. Plaintiff, CYNTHIA WHITT ("Plaintiff"), was an employee of Defendant, A.G FUEL, INC. d/b/a HARDEE'S ("HARDEE'S" or "Defendant"), a Florida Corporation, and brings this action for unpaid overtime compensation, declaratory relief, and other relief under the Fair Labor Standards Act, as amended, 29 U.S.C. § 216(b) (the "FLSA"). Plaintiff was a food services employee and performed related activities for Defendant in, among others, Sumpter County, Florida.

2. Defendant, HARDEE'S, is a Florida corporation that operates and conducts business in, among others, Sumpter County, Florida, and is therefore, within the jurisdiction of the Court.

3. This action is brought under the FLSA to recover from Defendant, overtime compensation, liquidated damages, and reasonable attorneys' fees and costs.

4. The Court has jurisdiction over Plaintiff's claims pursuant to 28 U.S.C. §1337 and the FLSA and the authority to grant declaratory relief under the FLSA pursuant to 28 U.S.C. § 2201 et seq.

5. At all material times relevant to this action, Defendant was an enterprise covered by the FLSA, and as defined by 29 U.S.C. § 203(r) and 203 (s). Additionally, Plaintiff was engaged in interstate commerce during her employment with Defendant.

6. At all times relevant to this action, Defendant failed to comply with 29 U.S.C. §§ 201-209, because Plaintiff performed services for Defendant for which no provisions were made by Defendant to properly pay Plaintiff for all hours worked in excess of forty (40) within a work week.

7. During her employment with Defendant, Plaintiff was not paid time and one-half her regular rate of pay for all hours worked in excess of forty (40) per work week during one or more work weeks.

8. Upon information and belief, the records, to the extent any exist, concerning the number of hours worked and amounts paid to Plaintiff, are in the possession and custody of Defendant.

**COUNT I- RECOVERY OF OVERTIME COMPENSATION**

9. Plaintiff reincorporates and readopts all allegations contained within Paragraphs 1-8 above.

10. Plaintiff is entitled to receive proper payment of time and one-half her regular rate of pay for each hour worked in excess of forty (40) per work week. During her employment with Defendant, Plaintiff worked overtime hours but was not properly compensated for same.

11. As a result of Defendant's intentional, willful and unlawful acts by refusing to properly pay Plaintiff her regular rate of pay for each hour worked in one or more weeks

of employment with Defendant, Plaintiff has suffered damages plus incurring reasonable attorneys' fees and costs.

12. As a result of Defendant's willful violation of the FLSA, Plaintiff is entitled to liquidated damages.

13. Plaintiff demands a trial by jury.

WHEREFORE, Plaintiff demands judgment against Defendant for payment of the proper regular rate of pay for all hours worked for Defendant for which Defendant did not properly compensate her, liquidated damages, reasonable attorneys' fees and costs incurred in this action, declaratory relief, and any and all further relief that this Court determines to be just and appropriate.

DATED this 31st, day of March 2006.

RICHARD CELLER
FL Bar No.: 0173370
CELLER LEGAL GROUP
284 South University Drive
Fort Lauderdale, Fl. 33324
Tel: 954-318-0268
Fax: 954-333-3515
E-mail: Richard@cellerlegal.com

Trial Counsel for Plaintiff