UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 5:06-cv-124-Oc-10 GRJ

CYNTHIA WHITT,

    Plaintiff,

v.

A.G FUEL, INC., a Florida
Corporation, d/b/a HARDEE'S

    Defendant.
_____/

### NOTICE OF FILING NOTICE OF CONSENT TO JOIN

Plaintiff, CYNTHIA WHITT, gives notice of filing her Notice of Consent to join the above-styled lawsuit.

DATED this 31ST, day of March, 2006.

_____
RICHARD CELLER
FL Bar No.: 0173370
CELLER LEGAL GROUP
284 South University Drive
Fort Lauderdale, Fl 33324
Tel: 954-318-0268
Fax: 954-333-3515
E-mail: Richard@cellerlegal.com

Trial Counsel for Plaintiffs

## NOTICE OF CONSENT TO JOINT

Pursuant to 29 U.S.C. § 216(b), I, *Cynthia Lee Whitt*, consent to become a party plaintiff in this action.

*November 18, 2005*
DATE

*Cynthia Lee Whitt*
CLIENT SIGNATURE