**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

CYNTHIA WHITT,

Plaintiff,

v. Case No. 5:06-CV-124-Oc-GRJ

A.G. FUEL, INC., a Florida Corporation
d/b/a HARDEE'S

Defendant.
_______________________________________/

## NOTICE OF SETTLEMENT

Pursuant to Rule 3.08 of the Rules of the United States District Court for the Middle District of Florida, the Defendant, by and through its counsel, hereby notifies the Court that the above-referenced matter has been settled in its entirety, subject to the parties' execution of a final Settlement and Release Agreement, which is anticipated will be accomplished within the next two weeks. The undersigned has been authorized to represent that the Plaintiff agrees with the filing of this notice.

Respectfully submitted,

**s/Brian Koji**___________________
Brian Koji
Fl. Bar No. 0116297
Counsel for Defendant
ALLEN, NORTON & BLUE, P.A.
324 Hyde Park Ave., Suite 225
Tampa, Florida 33606-4127
Telephone: (813) 251-1210
Fax: (813) 253-2006
E-mail: bkoji@anblaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2006, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to: Richard B. Celler, Esquire, Celler Legal Group, 284 South University Drive, Ft. Lauderdale, Florida 33324.

**s/Brian Koji____________________**
Brian Koji