UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CYNTHIA WHITT,

Plaintiff,

-vs- Case No. 5:06-cv-124-Oc-10GRJ

A.G. FUEL, INC., a Florida corporation
d/b/a Hardee's,

Defendant.

---

**O R D E R**

This case is before the Court for consideration of the Parties' Joint Notice of Filing and Joint Motion for Approval of Settlement Agreement as Stipulated Final Judgment (Doc. 13). Upon due consideration of the Parties' motion and the settlement agreement, it is ordered that:

(1) the Parties' Joint Motion for Approval of Settlement Agreement as Stipulated Final Judgment (Doc. 13) is GRANTED, and the settlement agreement (Doc. 13-2) is approved, adopted, and made a part hereof;

(3) the Plaintiff's claims are dismissed with prejudice;

(4) this Court retains jurisdiction to enforce the settlement agreement; and,

(5) the Clerk is directed to administratively close the file subject to the right of any party to reopen this action to enforce the settlement agreement or for good cause shown.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 6th day of October, 2006.

UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record